Chi P&L Acupuncture, P.C. v GEICO Gen. Ins. Co. (2022 NY Slip Op
50768(U))

[*1]

Chi P&L Acupuncture, P.C. v GEICO Gen. Ins. Co.

2022 NY Slip Op 50768(U) [76 Misc 3d 126(A)]

Decided on July 15, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 15, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-954 K C

Chi P&L Acupuncture, P.C., as
Assignee of Oscar Fleming, Kedar Nashoba El, Sergio Mencia, Gabriel Santana, Carlos Viejo
and Victor Pelaez, Jr., Respondent, 
against
GEICO General Ins. Co., Appellant. 

Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for appellant.
Zara Javakov, P.C. (Zara Javakov of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J.
McAllister, J.), entered January 23, 2019. The order, insofar as appealed from as limited by the
brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals, as limited by its brief, from so much of an order of the Civil Court as denied defendant's
motion which had sought summary judgment dismissing the complaint on the ground that
plaintiff failed to appear for duly scheduled examinations under oath (EUOs).
Contrary to defendant's contention, defendant's motion failed to establish that defendant had
timely denied plaintiff's claims after plaintiff failed to appear at both an initial and a follow-up
EUO (see Island Life Chiropractic Pain
Care, PLLC v 21st Century Ins. Co., 74 Misc 3d 17 [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2021]; Quality
Health Supply Corp. v Nationwide Ins., 69 Misc 3d 133[A], 2020 NY Slip Op 51226[U]
[App Term, 2d Dept, 2d, 11th [*2]& 13th Jud Dists 2020]).
As defendant did not demonstrate that it is not precluded from raising its proffered defense (see Westchester Med. Ctr. v Lincoln Gen.
Ins. Co., 60 AD3d 1045 [2009]), defendant's motion for summary judgment dismissing
the complaint was properly denied (see Quality Health Supply Corp. v Nationwide Ins.,
2020 NY Slip Op 51226[U]). We reach no other issue.
Accordingly, the order, insofar as appealed from, is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 15, 2022